**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAWRENCE D. JACOBSON, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:22-cv-00096 |
| v. | ) ) | Judge Martha M. Pacold |
| DUFRESNE SPENCER GROUP, LLC, | ) ) ) | Magistrate Judge M. David Weisman |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order [ECF #31], Plaintiff LAWRENCE JACOBSON and Defendant DUFRESNE SPENCER GROUP, LLC, by and through their respective undersigned counsel, submit this joint status report:

**1.    Summary of the Status of Written Discovery:**

On July 12, 2022, the parties exchanged their respective written discovery responses. On July 18, 2022, Defendant's counsel sent Plaintiff's counsel a notice for Plaintiff's deposition. In response, Plaintiff's counsel indicated that he wished to meet and confer over a number of Defendant's discovery responses.

On July 22, 2022, the parties' respective counsel held a meet-and-confer call. During the call, Plaintiff's counsel raised issues with four of Defendant's responses to Plaintiff's document requests. Defendant's counsel also raised issues with Plaintiff's answers to several of Defendant's interrogatories. Both parties' counsel agreed to confer with their clients, and either amend and supplement their responses where necessary, or request a follow-up call to further discuss the outstanding issues. They currently expect to be able to work together to address the aforementioned outstanding discovery issues.

**2.     Dates for Depositions:**

Defendant has proposed to take Plaintiff's deposition on August 15, 2022. Plaintiff's counsel has indicated that he can try to make that work if the parties are able to resolve their written discovery issues before that date. They expect to be able to do so in advance of the above proposed date, but will advise the Court if they cannot meet that goal. Defendant is also considering taking the third-party deposition of Carolyn Murray, and expects to make a final decision and issue any subpoenas for her deposition by July 29, 2022. To date, Plaintiff has not proposed a list of deponents or dates for their depositions.

**3.     Whether Any Motion Practice will be Necessary as to Written Discovery:**

Parties do not anticipate any motion practice at this time.

**4.     Whether the Parties Wish to Explore Settlement Prior to Incurring Costs Related to Depositions.**

Parties do not wish to explore settlement at this time.

**DATED:**   July 25, 2022.                                    Respectfully submitted,

By:  /s/  Michael J. Fleck *(with consent)*            By:  /s/  Sam Sedaei
    One of the Attorneys for Plaintiff                        One of the Attorneys for Defendant
    **LAWRENCE D. JACOBSON**                                  **DUFRESNE SPENCER GROUP, LLC**

Michael J. Fleck (ARDC No. 6229245)               W. Christopher Harrison (Bar ID No. 18689)
**LAW OFFICE OF MICHAEL J. FLECK, P.C.**          **OGLETREE, DEAKINS, NASH,**
11608 Dean Street, Suite 100                          **SMOAK & STEWART, P.C.**
Huntley, Illinois 60142                           6410 Poplar Avenue, Suite 300
Telephone: 847.669.2558                           Memphis, Tennessee 38119
*mfleck@flecklawoffice.com*                       Telephone: 901.766.4311
                                                  *chris.harrison@ogletree.com*

                                                  Sam Sedaei (ARDC No. 6317657)
                                                  **OGLETREE, DEAKINS, NASH,**
                                                      **SMOAK & STEWART, P.C.**
                                                  155 North Wacker Drive, Suite 4300
                                                  Chicago, Illinois 60606
                                                  Telephone: 312.558.1220
                                                  *sam.sedaei@ogletree.com*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on July 25, 2022, the foregoing *Joint Status Report* was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

> Michael J. Fleck
> **LAW OFFICE OF MICHAEL J. FLECK, P.C.**
> 11608 Dean Street, Suite 100
> Huntley, IL 60142
> *mfleck@flecklawoffice.com*
>
> *Attorney for Plaintiff*

                                         /s/ Sam Sedaei
                                        One of the Attorneys for Defendant
                                        **DUFRESNE SPENCER GROUP, LLC**